**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

DWIGHT RIVERA,

    Plaintiff,

v.

LOUISIANA RECOVERY SERVICES, INC.,

    Defendant.

PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

## COMPLAINT

DWIGHT RIVERA ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against LOUISIANA RECOVERY SERVICES, INC., ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Baton Rouge, Baton Rouge Parrish, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Lafayette, Louisiana.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places calls to Plaintiff seeking and demanding payment of an alleged debt for a medical bill.

12. Defendant calls Plaintiff everyday, approximately three (3) times a day (See call log attached as Exhibit A).

13. Defendant calls Plaintiff from (337) 267-572 on his home telephone at (225) 293-6375.

14. Plaintiff has requested that Defendant stop calling. Despite Plaintiff's request, Defendant continues to call Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy, harass and oppress Plaintiff.

b) Defendant violated §1692d(5) of the FDCPA by repeatedly causing Plaintiff's phone to ring and/or engage in conversation.

WHEREFORE, Plaintiff, DWIGHT RIVERA, respectfully requests judgment be entered against Defendant, LOUISIANA RECOVERY SERVICES, INC., for the following:

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

18. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  September 28, 2011

By: /s/ Kelli Denise Mayon
Kelli D. Mayon
4712 Purdue Drive
Metairie, LA 70003
kellimayon@gmail.com

Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DWIGHT RIVERA, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA

Plaintiff, DWIGHT RIVERA, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DWIGHT RIVERA, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

9/20/11
Date

_Dwight S. Rivera_
DWIGHT RIVERA

**<u>EXHIBIT A</u>**

Case 3:11-cv-00663-JJB-RLB   Document 1   09/27/11   Page 5 of 8

# Debt Collector Phone Communication Log

Attorney-Client Privileged/Attorney Work Product

**Instructions:**
1. After every call you receive, enter the below information into the proper box.
2. Keep detailed records of everything. For example, if you get a voice mail, save it. If you have caller ID, take pictures of the caller ID screen.
3. Make notes as to what the collector said, including the amount demanded, any threats, foul language or harassment. Also note if they spoke to or contacted anyone other than yourself, including family, friends, and co-workers.
4. Give copies of this log to everyone the collector has contacted. Keep copies of this log by every phone you receive collection calls on.
5. <u>Use as many of these forms as you need, and make your notes as detailed as possible.</u>

| Date and Time of Call | Name of Collection Company | Name of Collector | Phone Number THEY Called FROM |
|---|---|---|---|
| 7/11/2011<br>12:55  1:57; 6:32 | LRS Collections | | 337-267-5072 |
| **Please provide details of the call in the box below, and be as specific as possible** ||||
| | | | |

| Date and Time of Call | Name of Collection Company | Name of Collector | Phone Number THEY Called FROM |
|---|---|---|---|
| 7/12/11 12:45;<br>1:35; 6:25 | LRS Collections | | 337-267-5072 |
| **Please provide details of the call in the box below, and be as specific as possible** ||||
| | | | |

If you receive anything in the mail from a collector, save it, including the envelope! Don't throw anything away!

1

# Debt Collector Phone Communication Log
Attorney-Client Privileged/Attorney Work Product

**Instructions:**
1. After every call you receive, enter the below information into the proper box.
2. Keep detailed records of everything. For example, if you get a voice mail, save it. If you have caller ID, take pictures of the caller ID screen.
3. Make notes as to what the collector said, including the amount demanded, any threats, foul language or harassment. Also note if they spoke to or contacted anyone other than yourself, including family, friends, and co-workers.
4. Give copies of this log to everyone the collector has contacted. Keep copies of this log by every phone you receive collection calls on.
5. **Use as many of these forms as you need, and make your notes as detailed as possible.**

| Date and Time of Call | Name of Collection Company | Name of Collector | Phone Number THEY Called FROM |
|---|---|---|---|
| 7/13/2011<br>12:55  1:32; 6:45 | LRS Collections | | 337-267-5072 |
| **Please provide details of the call in the box below, and be as specific as possible** ||||
| |||| 

| Date and Time of Call | Name of Collection Company | Name of Collector | Phone Number THEY Called FROM |
|---|---|---|---|
| 7/14/11 12:35;<br>1:37; 6:15 | LRS Collections | | 337-267-5072 |
| **Please provide details of the call in the box below, and be as specific as possible** ||||
| |||| 

If you receive anything in the mail from a collector, save it, including the envelope! Don't throw anything away!

1

# Debt Collector Phone Communication Log

Attorney-Client Privileged/Attorney Work Product

**Instructions:**
1. After every call you receive, enter the below information into the proper box.
2. Keep detailed records of everything. For example, if you get a voice mail, save it. If you have caller ID, take pictures of the caller ID screen.
3. Make notes as to what the collector said, including the amount demanded, any threats, foul language or harassment. Also note if they spoke to or contacted anyone other than yourself, including family, friends, and co-workers.
4. Give copies of this log to everyone the collector has contacted. Keep copies of this log by every phone you receive collection calls on.
5. **Use as many of these forms as you need, and make your notes as detailed as possible.**

| Date and Time of Call | Name of Collection Company | Name of Collector | Phone Number THEY Called FROM |
|---|---|---|---|
| 7/15/2011<br>12:15  2:32; 4:45 | LRS Collections | | 337-267-5072 |

| Please provide details of the call in the box below, and be as specific as possible |
|---|
| |

| Date and Time of Call | Name of Collection Company | Name of Collector | Phone Number THEY Called FROM |
|---|---|---|---|
| 7/18/11 11:35;<br>12:37; 5:15 | LRS Collections | | 337-267-5072 |

| Please provide details of the call in the box below, and be as specific as possible |
|---|
| |

**If you receive anything in the mail from a collector, save it, including the envelope! Don't throw anything away!**

1