# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA
# BATON ROUGE DIVISION

DWIGHT RIVERA,

    Plaintiff,                                                   Case: 3:11-663

    v.                                                             NOTICE OF SETTLEMENT

LOUISIANA RECOVERY SERVICES, INC.,

    Defendant.

NOW COMES the Plaintiff, DWIGHT RIVERA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  February 21, 2013          By:/s/ Kenneth M. Waguespack
                                                        Kenneth M. Waguespack
                                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


DATED:  February 21, 2013         By:/s/ Kenneth M. Waguespack
                                      Kenneth M. Waguespack
                                      Attorney for Plaintiff